# First District Court of Appeal
## State of Florida

———————————————————

No. 1D18-3114

———————————————————

Tammy Shereese Wright-
Connor,

    Appellant,

    v.

State of Florida,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

May 31, 2019

Per Curiam.

    Affirmed.

Wolf, Wetherell, and Makar, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Andy Thomas, Public Defender, and David Alan Henson and Kathleen Pafford, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.